**ADANTE D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF MAURICE MONK, brought by personal representative NIA'AMORE MONK; NIA'AMORE MONK, an individual<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY, a municipal corporation; WELLPATH COMMUNITY, CARE, LLC, a corporation; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 3:22-cv-04037-TSH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WELLPATH FROM THE FOURTH CAUSE OF ACTION OF PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 41 (a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41, Plaintiffs dismissing Defendant WellPath from the fourth cause of action of Plaintiff's First Amended Complaint that is brought under Title II of the Americans with Disabilities Act. Plaintiffs do so voluntarily and without prejudice, as no answer or summary judgment motion has been filed. FRCP 41(a)(1)(A) (a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment").

//
//
//

Dated: September 14, 2022		Respectfully submitted,

					/s/ Ty Clarke
					Ty Clarke
					Attorney for Plaintiffs

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400