**Exhibit "B"**
(Settlement Proposal for Attorney's Fee)

Case 3:22-cv-04037-TSH   Document 72-2   Filed 10/25/23   Page 1 of 2


**Metropolitan Tower Life Insurance Company**

**D.A. Davidson & Co.**
2901 Douglas Blvd Suite 255
Roseville, California 95661
(916)581-7551

## Settlement Proposal for:  Clay AFS Monk

| | | | |
|---|---|---|---|
| Owner State : | Delaware  (0.00% tax) | Quote Date: | 10/11/2023 |
| Rate Series: | RB231004 | Purchase Date: | 12/29/2023 |
| Rates Effective: | 10/04/2023 | Expiration Date: | 10/18/2023 |
| Case Type: | Assigned | | ATTORNEY FEE ONLY CASE |

**For : Jerome Clay**                                                                                   **Male, Date of Birth: 08/31/1978, Age: 45**

| Benefit Description | Guaranteed Benefit | Expected Benefit | Cost |
|---|---|---|---|
| *Attorney Fee* <br> **Life with Certain Period Annuity** - $4,064.48 for life, payable monthly, guaranteed for 25 year(s), beginning on 01/15/2024, with the last guaranteed payment on 12/15/2048. | $1,219,344.00 | $1,735,532.96 | $874,250.00 |
| **Subtotal For:  Jerome Clay** | **$1,219,344.00** | **$1,735,532.96** | **$874,250.00** |

| SUMMARY INFORMATION | | | | |
|---|---|---|---|---|
| | Guaranteed Benefit | Expected Benefit | Cost | IRR |
| **ANNUITY COST**..................................................................... | | | $874,250.00 | |
| Assignment Fee ........................................................... | | | $750.00 | |
| **TOTAL ANNUITY COST W/ FEES** ...................................... | **$1,219,344** | **$1,735,533** | **$875,000.00** | **4.51%** |
| Case IRR 4.51% | | | | |

*The life expectancy used for this quote assumes an average life expectancy for all persons of the age illustrated.  The life expectancy is based on standard actuarial assumptions.*