Jerome Anthony Clay, Jr., Esq. (SBN: 327175)
LAW OFFICES OF JEROME A. CLAY
5250 Claremont Avenue, Suite 221
Stockton, CA 95207
Tel.: (209) 603-9852
Fax: (510) 280-2841
jclay7@claylaw.net

Attorney for Plaintiff Intervenor
KYSE MONK through KANDI STEWART

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF MAURICE MONK, brought by a personal representative, NIA'AMORE MONK; NIA'AMORE MONK, an individual,<br><br>　　　　　　　　*Plaintiffs,*<br><br>KYSE MONK, a minor, through a guardian, KANDI STEWART,<br><br>　　　　　　　　*Plaintiff Intervenor,*<br><br>　　　　　　　vs.<br><br>ALAMEDA COUNTY, a municipal corporation; WELLPATH COMMUNITY CARE, LLC, a corporation; and DOES 1-50, Inclusive,<br><br>　　　　　　　　*Defendants.* | Case No.: 3:22-cv-04037-TSH<br><br>**Declaration of Jerome A. Clay, Jr.** |

# DECLARATION OF JEROME A. CLAY, JR.

I, Jerome Anthony Clay, Jr., declare as follows:

1. I am over the age of 18 years. I am an attorney duly licensed to practice law in the State of California. I have personal knowledge of the facts stated in this Declaration, except those facts stated on information and belief, and as to those facts, I am informed and believe them to be true. If called upon as a witness, I could and would competently testify thereto.

2. I am an active member of the State Bar of California and the International Bar Association. I did my law degree from Humphreys Laurence Drivon School of Law. I did my LLM in taxation from the University of San Francisco, and currently, I am pursuing my Ph.D. in Business Management. I have extensive litigation experience and legal expertise in state and federal courts to handle matters such as the present matter.

3. I represent KYSE MONK (hereinafter referred to as "KYSE" or "Plaintiff Intervenor"), by and through Petitioner, KANDI STEWART (hereinafter referred to as "Petitioner" or "Guardian"), in the above-entitled case.

4. Petitioner and I entered into an Attorney Fee Agreement (hereinafter referred to as "Fee Agreement") to represent Plaintiff Intervenor in this case. According to the Fee Agreement, Petitioner agreed to pay 25% of the settlement claim as an attorney fee and costs.

5. In this case, I have drafted and filed several documents.

6. In January 2023, I drafted and filed a Motion to Intervene.

7. In February 2023, I drafted and filed a Complaint against Defendants, ALAMEDA COUNTY (hereinafter referred to as "Defendant COUNTY") and WELLPATH COMMUNITY CARE, LLC (hereinafter referred to as "Defendants").

8. In April 2023, I drafted and filed Responses to Defendant COUNTY's discovery requests.

9. In August 2023, I drafted and filed a Settlement Conference Statement.

10. On August 15, 2023, the parties attended the Settlement Conference (hereinafter referred to as "Settlement Conference") before Magistrate Judge Nathaneal Cousins.

11. After the Settlement Conference, the Plaintiffs and Defendant COUNTY, including all individually named Alameda County employees (hereinafter referred to as "Alameda County Defendants") in the Plaintiffs' Second Amended Complaint, continued settlement discussions and reached a settlement.

12. Plaintiffs and Defendant COUNTY, including Alameda County Defendants, have agreed to settle all damage claims between them related to the death of the Decedent in the total amount of $7,000,000.00. The $7,000,000.00 gross settlement sum is being paid on behalf of Defendant COUNTY and Alameda County Defendants for a full and final settlement as to claims against them. Out of $7,000,000.00, the minor KYSE's portion of the settlement amount is $3,500,000.00 to resolve this case.

13. To date, I have not received attorney's fees or other compensation for services provided in this case.

14. As Petitioner agreed to pay 25% of the settlement claim as an attorney fee and costs, I am entitled to receive a net payment of $875,000.00 (25% of $3,500,000.00) (hereinafter referred to as "Attorney's Fee").

15. The Attorney's Fees that I seek are reasonable and appropriate given the standard contingency Fee Agreement. I am requesting 25% of the settlement amount as fees, which aligns with the benchmark percentage set by the Ninth Circuit.

16. The minor KYSE would receive a net payment of $2,625,000.00 after paying the Attorney's Fees.

17. Pursuant to the terms of the settlement, the Proposed Settlement was prepared for the benefit of minor KYSE.

18. As per the Proposed Settlement, the total sum of $2,625,000.00 will be deposited into 11 distinct Blocked Accounts, as delineated in the accompanying Petition, dedicated solely for the benefit of minor KYSE.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on October 25, 2023.

_____
JEROME ANTHONY CLAY, JR., *Declarant*
*Attorney for Plaintiff Intervenor*
KYSE MONK through KANDI STEWART