```
 1  Jerome Anthony Clay, Jr., Esq. (SBN: 327175)
 2  LAW OFFICES OF JEROME A. CLAY
 3  5250 Claremont Avenue, Suite 221
 4  Stockton, CA 95207
 5  Tel.: (209) 603-9852
 6  Fax: (510) 280-2841
 7  jclay7@claylaw.net

 8  Attorney for Plaintiff Intervenor
 9  KYSE MONK through KANDI STEWART
```

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF MAURICE MONK, brought by a personal representative, NIA'AMORE MONK; NIA'AMORE MONK, an individual, <br><br>         *Plaintiffs,* <br><br> KYSE MONK, a minor, through a guardian, KANDI STEWART, <br><br>         *Plaintiff Intervenor,* <br><br>         vs. <br><br> ALAMEDA COUNTY, a municipal corporation; WELLPATH COMMUNITY CARE, LLC, a corporation; and DOES 1-50, Inclusive, <br><br>         *Defendants.* | Case No.: 3:22-cv-04037-TSH <br><br> **[Proposed] Order Grating Petition for Approval of Minor KYSE MONK's Proposed Settlement** |

1  This Court has reviewed the Plaintiff Intervenor KYSE MONK's Petition for Approval of Minor
2  KYSE MONK's Proposed Settlement.
3  Based on the facts set forth in the Petition, the Court finds that good cause exists; therefore:
4  IT IS ORDERED that the Petition for Approval of the Proposed Settlement is APPROVED.

5  Date: _____
6  _____
   The Honorable Judge of United States District Court