UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MAURICE MONK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALAMEDA COUNTY, et al.,<br><br>　　　　　Defendants. | Case No.  22-cv-04037-RFL<br><br>**ORDER GRANTING MODIFIED STIPULATION**<br><br>Re: Dkt. No. 83 |

Pursuant to stipulation (Dkt. No. 83), the Mandatory Settlement Conference set for December 14, 2023 is vacated.  The parties are ordered to file a joint status update by February 27, 2024 on the name of their private mediator and the date of their scheduled mediation.

**IT IS SO ORDERED.**

Dated: November 29, 2023

RITA F. LIN
United States District Judge