ADANTÉ D. POINTER, ESQ., SBN 236229
PATRICK M. BUELNA, ESQ., SBN 317043
TY CLARKE, ESQ., SBN 339198
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs THE ESTATE OF MAURICE MONK and NIA'AMORE MONK

Jerome Anthony Clay, Jr., Esq. (SBN: 327175)
LAW OFFICES OF JEROME A. CLAY
5250 Claremont Avenue, Suite 221
Stockton, CA 95207
Tel.: (209) 603-9852
Fax: (510) 280-2841
jclay7@claylaw.net

Attorney for Plaintiff Intervenor KYSE MONK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF MAURICE MONK, brought by successors-in-interest, NIA'AMORE MONK & KYSE MONK; NIA'AMORE MONK, an individual; KYSE MONK, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> WELLPATH, LLC., a corporation; CALIFORNIA FORENSIC MEDICAL GROUP, a corporation; JONNAH CALABAIO, in his/her individual capacity; HARMEET DHATT, in his/her individual capacity; DAVID DONOHO, in his/her individual capacity; CHISA EARL, in his/her | CASE NO.: 3:22-cv-04037-TSH <br><br> **STIPULATION AND ORDER OF PARTIAL DISMISSAL** <br><br> Complaint Filed:           July 11, 2022 <br> 1st Am. Complaint Filed:   July 27, 2022 <br> 2nd Am. Complaint Filed:  October 6, 2023 <br> 3rd Am. Complaint Filed:  September 4, 2024 |

individual capacity; RANJEET KAUR, in his/her individual capacity; JOSEPH LOPEZ, in his/her individual capacity; KATHLEEN MARTINEZ, in his/her individual capacity; THERESA MAI, in his/her individual capacity; HYUN CHOI, in his/her individual capacity; JACQUELINE JALLORINA; and DOES 1-50, inclusive.

                    Defendants.

Plaintiffs THE ESTATE OF MAURICE MONK, through its successors-in-interest, NIA'AMORE MONK & KYSE MONK; NIA'AMORE MONK, individually and KYSE MONK individually, and Defendants JONNAH CALABAIO, HARMEET DHATT, DAVID DONOHO, CHISA EARL, RANJEET KAUR, JOSEPH LOPEZ, KATHLEEN MARTINEZ, THERESA MAI, HYUN CHOI and JACQUELINE JALLORINA by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims between Plaintiff and these Defendants, with these parties to bear their own costs and attorneys' fees with respect to the claims between them.

**IT IS SO STIPULATED.**

Dated: May 30, 2025                    POINTER & BUELNA, LLP

                                       By: _____
                                       ADANTÉ D. POINTER, ESQ.
                                       PATRICK M. BUELNA, ESQ.
                                       TY CLARKE, ESQ.
                                       Attorneys for Plaintiffs THE ESTATE OF MAURICE MONK and NIA'AMORE MONK

Dated: March 26, 2025                  LAW OFFICE OF JEROME A. CLAY

                                       By: _____
                                       JEROME ANTHONY CLAY, JR., ESQ.
                                       Attorney for Plaintiff Intervenor KYSE MONK

1  | May 28, 2025
2  | Dated: ~~March ___, 2025~~ | **MEDICAL DEFENSE LAW GROUP**
3  |
4  | | By: *Paul A. Cardinale*
   | | PAUL A. CARDINALE, ESQ.
5  | | Attorney for Defendants WELLPATH, LLC;
   | | CALIFORNIA FORENSIC MEDICAL GROUP
6  | | ("CFMG"); JONNAH CALABAIO; HARMEET
   | | DHATT; DAVID DONOHO; CHISA EARL; RANJEET
7  | | KAUR; JOSEPH LOPEZ; KATHLEEN MARTINEZ;
   | | THERESA MAI; HYUN CHOI; and JACQUELINE
8  | | JALLORINA

**ATTESTATION**

The undersigned hereby certifies that the content of this document is acceptable to the parties listed above, by and through their counsel of record, and that each has obtained authorization from each party's counsel to affix their electronic signatures to this document.

By: _____
ADANTÉ D. POINTER, ESQ.
PATRICK M. BUELNA, ESQ.
TY CLARKE, ESQ.
Attorneys for Plaintiffs THE ESTATE OF MAURICE MONK and NIA'AMORE MONK

**[PROPOSED] ORDER**

Defendants JONNAH CALABAIO, HARMEET DHATT, DAVID DONOHO, CHISA EARL, RANJEET KAUR, JOSEPH LOPEZ, KATHLEEN MARTINEZ, THERESA MAI, HYUN CHOI and JACQUELINE JALLORINA are hereby dismissed with prejudice of all claims between Plaintiffs and these Defendants, with these parties to bear their own costs and attorneys' fees with respect to the claims between them.

IT IS SO ORDERED.

Dated: May 30, 2025

Hon. Thomas S. Hixson
United States Magistrate Judge