UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MAURICE MONK, et al., | Case No. 22-cv-04037-TSH |
| Plaintiffs, | |
| v. | **ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL** |
| CALIFORNIA FORENSIC MEDICAL GROUP, et al., | Re: Dkt. No. 183 |
| Defendants. | |

Plaintiff Nia'Amore Monk as co-successor-in-interest to the Estate of Maurice Monk and as an individual, and Defendants WellPath, LLC and California Forensic Medical Group have filed a stipulation and proposed order for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). ECF No. 183. The Court construes this as a request for dismissal pursuant to Rule 41(a)(1)(A)(ii), which provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." However, as the joint stipulation is not signed by Plaintiff Kyse Monk, dismissal is improper. If Plaintiff seeks to dismiss her claims, she may do so by filing a stipulation of dismissal signed by all parties who have appeared pursuant to Rule 41(a)(1)(A)(ii) or a motion for dismissal pursuant to Rule 41(a)(2). If filing a Rule 41(a)(2) motion to dismiss, Plaintiffs must comply with Civil Local Rule 7 and address the following factors: (1) whether the Court should allow dismissal; (2) whether the dismissal should be with or without prejudice; and (3) what terms and conditions, if any, should be imposed. *See Fraley v. Facebook, Inc.*, 2012 WL 893152, at *2 (N.D. Cal. Mar. 13, 2012) (citing *Williams v. Peralta Cmty. Coll. Dist.*, 227 F.R.D. 538, 539 (N.D. Cal. 2005)).

**IT IS SO ORDERED.**

Dated: June 6, 2025

THOMAS S. HIXSON
United States Magistrate Judge