UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MAURICE MONK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-04037-TSH<br><br>**ORDER OF DISMISSAL** |

On May 23, 2025, the Court granted the remaining Defendants' motion to confirm the enforceability of the parties' settlement agreements. ECF No. 178. As such, on July 16 the Court ordered Defendants Wellpath, LLC and California Forensic Medical Group to file a declaration indicating whether they've paid the settlement funds. ECF No. 193. If Defendants stated the settlement funds have been paid, the Court ordered Plaintiffs to show cause why their claims against the remaining defendants should not be dismissed pursuant to the waivers in their settlement agreements. *Id.*[1]

On July 24, 2025, Wellpath, LLC and California Forensic Medical Group filed a declaration stating that the settlement funds have been paid to each plaintiff in this case pursuant to the respective settlement agreements. ECF No. 194.

On August 6 Plaintiff Kyse Monk filed a response stating he "does not presently dispute that the funds have been transferred," but he objects to any dismissal of the remaining claims because he appealed the Court's order enforcing the parties' settlement agreements. ECF No. 195. He also argues the Court lacked subject matter jurisdiction to enforce the agreements. However,

---

[1] The parties consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). ECF Nos. 12, 18, 26, 38, 105, 146-47.

1   as these matters are for the Ninth Circuit Court of Appeals to decide, they provide no reason for
2   the case to remain pending in this Court.
3       On August 13, 2025, Plaintiff Nia'Amore Monk filed a response indicating she "has
4   received her settlement funds and believes her case should be dismissed.  She signed her release
5   and does not contest her settlement of her claims."  ECF No. 196.
6       As there is no dispute that the settlement funds have been paid, the Court finds the
7   remaining claims should be dismissed pursuant to the waivers in the parties' settlement
8   agreements.  Accordingly, this case is **DISMISSED WITH PREJUDICE**.
9       **IT IS SO ORDERED.**

11  Dated: September 3, 2025

                THOMAS S. HIXSON
                United States Magistrate Judge