UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MAURICE MONK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-04037-TSH<br><br>**JUDGMENT** |

On May 23, 2025, the Court granted the Defendants Wellpath, LLC and California Forensic Medical Group's motion to confirm the enforceability of the parties' settlement agreements. ECF No. 178. On September 3, 2025, the Court ordered this action dismissed. ECF No. 198. Accordingly, pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Defendants Wellpath, LLC and California Forensic Medical Group and against Plaintiffs Kyse Monk and Plaintiff Nia'Amore Monk. The Clerk of Court shall close the file.

　　　　**IT IS SO ORDERED.**

Dated: September 3, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge