1  Jerome Anthony Clay, Jr., Esq. (SBN: 327175)
2  LAW OFFICE OF JEROME A. CLAY
3  5250 Claremont Avenue, Suite 221
4  Stockton, CA 95207
5  Phone: (209) 603-9852
6  Fax: (510) 280-2841
7  jclay7@claylaw.net

8  *Attorney for Petitioner*
9  KYSE MONK

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12 **THE ESTATE OF MAURICE MONK**, | ) Case No.: 3:22-cv-04037-TSH |
| 13 brought by a personal representative | ) |
| 14 **NIA'AMORE MONK; NIA'AMORE MONK,** | ) [Proposed] Order Granting Ex Parte Petition |
| 15 an individual, | ) to Withdraw Funds from the Blocked Account |
| 16 | ) |
| 17        *Plaintiffs,* | ) |
| 18 | ) |
| 19 **KYSE MONK**, | ) |
| 20 | ) |
| 21        *Petitioner,* | ) |
| 22 | ) |
| 23        vs. | ) |
| 24 | ) **Hearing**: |
| 25 **ALAMEDA COUNTY**, a municipal corporation; | ) **Date:** _____ |
| 26 **WELLPATH COMMUNITY CARE, LLC,** | ) **Time:** _____ |
| 27 a corporation; and **DOES 1-50,** inclusive, | ) **Place:** _____ |
| 28 | ) **Judge:** _____ |
| 29        *Respondents.* | ) |
| 30 _____ | ) |

Order

This Court has reviewed Petitioner KYSE MONK's (hereinafter referred to as "Petitioner") Ex Parte Petition to Withdraw Funds from Golden 1 Credit Union and, for good cause appearing therefor, the Court finds as follows:

1. Petitioner is the biological son of the Decedent, Maurice Monk, and a Plaintiff-Intervenor in this action.

2. On November 2, 2023, this Court approved a settlement of Petitioner's claims arising from the above-captioned matter while he was still a minor.

3. Pursuant to that Order, the settlement proceeds allocated to Petitioner were deposited into the blocked accounts, including the Golden 1 Credit Union—Account No. XXX8624.

4. Petitioner attained the age of majority on February 3, 2025, and is now over the age of eighteen.

5. Petitioner is therefore legally entitled to receive and manage the funds previously placed in the Blocked Account for his benefit.

6. On June 9, 2025, Petitioner filed the Ex Parte Petition to Withdraw Funds from the blocked accounts, except the sum ($245,000.00) held at Golden 1 Credit Union, which is now $262,230.06.

7. The Court finds that Petitioner's request is proper, supported by evidence, and consistent with the intent of the original settlement Order and the prevailing authority governing the disposition of funds from the Blocked Account once a minor has reached the age of majority.

8. There are no pending objections or legal impediments to disbursement, and the release of funds serves the best interest of the now-adult Petitioner.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT**:

1. The Ex Parte Petition to Withdraw Funds from the Blocked Account is GRANTED.

2. Petitioner is authorized to withdraw funds, and the Depository is ordered to allow Petitioner to withdraw funds upon presentation of a filed endorsed copy of this Order.

3. Golden 1 Credit Union, located at 5302 Pacific Ave., Stockton, CA 95207, is directed to release the requested funds, including any accrued interest, directly to KYSE MONK, the now-major beneficiary.

**IT IS SO ORDERED**.

Date: November 21, 2025

Thomas S. Hixson
United States Magistrate Judge